**Dismissed and Memorandum Opinion filed June 27, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00123-CV

## OBIAGELI ONYINYECHUKWU OKOLO A/K/A OLIVIA REYNER, Appellant

### V.

## AKIKO KIMURA, Appellee

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1165727**

### MEMORANDUM OPINION

This appeal is from a judgment signed January 18, 2023. The clerk's record was filed February 24, 2023. The reporter's record was filed February 28, 2023. No brief was filed.

On April 27, 2023, this court issued an order stating that unless appellant filed a brief on or before May 30, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Hassan, and Wilson